## WOODS v. THE STATE.

EVANS, J. 1. The defendant's guilt of the crime of burglary was clearly established by the testimony of his accomplice, which was corroborated by aliunde evidence connecting the accused with the criminal act.

2. The judge did not abuse his discretion in denying a new trial because of the discovery, since the trial, of evidence solely of an impeaching character. *Judgment affirmed. All the Justices concur.*

Submitted November 19,—Decided December 11, 1906.

Indictment for burglary. Before Judge Wright. Chattooga superior court. September 29, 1906.

*C. D. Rivers*, for plaintiff in error.